UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-23072-CIV-WILLIAMS

BEYOND GAMES LIMITED,

    Plaintiff,

vs.

YOSSI GALLO GALIMIDI,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' report and recommendation on Plaintiff's motion for final default judgment against Yossi Gallo Galimidi (the "Report") (DE 23).  The Parties did not file objections to the Report and the time to do so has now passed.  Accordingly, upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The Report (DE 23) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's motion for final default judgment against Defendant Yossi Gallo Galimidi (DE 19) is **GRANTED IN PART**.

3. Judgment is **ENTERED** in favor of Plaintiff Beyond Games Limited and against Defendant Yossi Gallo Galimidi in the amount of **$100,000** in statutory damages, **$27,673.20** in attorneys' fees, and **$617.65** in costs, plus statutory interest, for which execution shall issue.

4. Registrar GoDaddy, Inc. is **ORDERED** to transfer the domain name pokerbros.com to Plaintiff Beyond Games Limited, Customer #: 315630190. Beyond Games shall pay GoDaddy any usual and customary transfer fees.

5. Defendant Yossi Gallo Galimidi is **PERMANENTLY ENJOINED** from:

a. Registering, using, or trafficking in, in any manner, any internet domain name that incorporates, in whole or in part, Beyond Games's PokerBROS Mark, or any name, mark, or designation confusingly similar thereto; using in any manner the trademark PokerBROS and any other term or terms likely to cause confusion therewith, including "pokerbros.com";

b. Using in any manner the trademark PokerBROS and any other term or terms likely to cause confusion therewith, including "pokerbros.com";

c. Using in any manner any look and feel, decor, ornamentation, or other trade dress likely to cause confusion with the PokerBROS Trade Dress;

d. Registering or using, in any manner, any internet domain name that incorporates the PokerBROS Mark or any name, mark or designation confusingly similar thereto; and otherwise engaging in any other acts or conduct that would cause consumers to believe that Galimidi's products or services are in any way sponsored by, authorized by, licensed by, or in any way associated with Beyond Games or with Beyond Games's products and services.

**DONE AND ORDERED** in Chambers in Miami, Florida this 28th day of September, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

CC:

Yossi Gallo Galimidi
2415 North Monroe Street, Suite 810
Tallahassee, FL 32303